IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GARTH BEARD,<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:25-cv-222 |
| | § | |
| CROSS ROADS, TEXAS, HALEY HOLBERT<br>and KRISTOPHER TYLER | §<br>§ | |
| 　　*Defendants.* | § | JURY DEMANDED |

## UNOPPOSED MOTION TO DISMISS CLAIMS AGAINST HALEY HOLBERT AND KRISTOPHER TYLER WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Plaintiff Garth Beard ("Plaintiff") and asks the Court to enter an order dismissing all claims against defendants Haley Holbert and Kristopher Tyler with prejudice and would show as follows:

1. Plaintiff initially filed suit against the City (Town) of Cross Roads ("Cross Roads"), Haley Holbert, and Kristopher Tyler.

2. Plaintiff no longer desires to pursue her claims against Haley Holbert or Kristopher Tyler and seeks to pursue her claims only against the Town of Cross Roads.

3. Therefore, Plaintiff asks the Court to enter an order dismissing all claims asserted, or that could have been asserted, against Haley Holbert and Kristopher Tyler with prejudice, with each party bearing its own costs and fees.

WHEREFORE, Plaintiff requests that the Court grant this motion and enter an order dismissing Plaintiff's claims against Haley Holbert and Kristopher Tyler with prejudice, with each party bearing its own costs and fees.

Respectfully submitted,

*/s/ James P. Roberts*
**JAMES P. ROBERTS,**
Texas Bar No. 24105721
**SCOTT H. PALMER,**
Texas Bar No. 00797196
**BREANTA BOSS,**
Texas Bar No. 24115768
**PALMER PERLSTEIN**
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
james@palmerperlstein.com
scott@palmerperlstein.com
breanta@palmerperlstein.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

This will certify that I have conferred with counsel for Haley Holbert and Kristopher Tyler, Kevin Curley, and he is unopposed to the relief sought in this motion. Therefore, the motion is presented as unopposed.

*/s/ James P. Roberts*
**JAMES P. ROBERTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was provided to Defendants' counsel of record in accordance with the Federal Rules of Civil Procedure by service through the Court's ECF filing system on the 27th day of May 2025.

*/s/ James P. Roberts*
**JAMES P. ROBERTS**