# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **GARTH BEARD,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-cv-222** |
| | § | |
| **CROSS ROADS, TEXAS, HALEY HOLBERT** | § | |
| **and KRISTOPHER TYLER** | § | |
| *Defendants.* | § | **JURY DEMANDED** |

## ORDER DISMISSING CLAIMS AGAINST HALEY HOLBERT AND KRISTOPHER TYLER WITH PREJUDICE

On this day the Court considered Plaintiff's Unopposed Motion to Dismiss Claims Against Haley Holbert and Kristopher Tyler With Prejudice ("Motion"). Plaintiff's Motion advises that he no longer desires to pursue his claims against defendants Haley Holbert or Kristopher Tyler. Plaintiff asks that the Court dismiss all claims against Haley Holbert and Kristopher Tyler with prejudice, and that Plaintiff proceed on his claims only against the Town of Cross Roads. Defendants do not oppose Plaintiff's Motion.

The Court grants Plaintiff's Motion. IT IS THEREFORE ORDERED that all claims asserted, or that could have been asserted, against Haley Holbert and Kristopher Tyler are hereby dismissed with prejudice, with each party bearing its own costs and fees. Plaintiff's claims against the Town of Cross Roads are not affected by this Order.