IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **GARTH BEARD,** | § | |
|    *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-222** |
| | § | |
| **CROSS ROADS, TEXAS, HALEY HOLBERT** | § | |
| **and KRISTOPHER TYLER** | § | |
|    *Defendants.* | § | **JURY DEMANDED** |

## AGREED MOTION TO DISMISS TOWN OF CROSS ROADS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    COMES NOW Plaintiff Garth Beard ("Plaintiff") and asks the Court to enter an order dismissing Plaintiff's claims against the City (Town) of Cross Roads ("Cross Roads") with prejudice, and would show as follows:

    1.    Plaintiff initially filed suit against Cross Roads and two of its police officers, Haley Holbert and Kristopher Tyler. The Court previously dismissed the claims against Haley Holbert and Kristopher Tyler, leaving only Plaintiff's claims against Cross Roads.

    2.    Plaintiff notifies the Court that he has resolved his claims against Cross Roads, and therefore asks that the Court enter an order that disposes of his claims, with prejudice, and that the parties bear their own costs and fees.

    WHEREFORE, Plaintiff requests that the Court grant this motion and enter the agreed order proposed herewith, disposing of Plaintiff's claims against the Town of Cross Roads with prejudice, with each party bearing its own costs and fees.

Respectfully submitted,

*/s/ James P. Roberts*
**JAMES P. ROBERTS,**
Texas Bar No. 24105721
**SCOTT H. PALMER,**
Texas Bar No. 00797196
**BREANTA BOSS,**
Texas Bar No. 24115768
**PALMER PERLSTEIN**
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
james@palmerperlstein.com
scott@palmerperlstein.com
breanta@palmerperlstein.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

This will certify that I have conferred with counsel for the City of Cross Roads, Kevin Curley, and he is in agreement to the relief sought in this motion and the entry of the Order Dismissing Claims Against Town of Cross Roads With Prejudice provided concurrently with this motion.

*/s/ James P. Roberts*
**JAMES P. ROBERTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was provided to Defendants' counsel of record in accordance with the Federal Rules of Civil Procedure by service through the Court's ECF filing system on the 2nd day of June 2025.

*/s/ James P. Roberts*
**JAMES P. ROBERTS**