**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **GARTH BEARD,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:25-cv-222** |
| § | |
| **CROSS ROADS, TEXAS, HALEY HOLBERT** § | |
| **and KRISTOPHER TYLER** § | |
| *Defendants.* § | **JURY DEMANDED** |

## ORDER DISMISSING CLAIMS AGAINST TOWN OF CROSS ROADS WITH PREJUDICE

On this day the Court considered Plaintiff's Agreed Motion to Dismiss City of Cross Roads With Prejudice ("Motion"). The Court previously dismissed Plaintiff's claims against defendants Haley Holbert or Kristopher Tyler with prejudice, leaving only Plaintiff's claims against the Town of Cross Roads ("Cross Roads").

Plaintiff's Motion advises the Court that he has resolved his claims against Cross Roads, and therefore asks that the Court enter an order that disposes of his claims, with prejudice, and that the parties bear their own costs and fees.

The Court grants Plaintiff's Motion. IT IS THEREFORE ORDERED that all claims asserted, or that could have been asserted, against the Town of Cross Roads are hereby dismissed with prejudice, with each party bearing its own costs and fees. This order disposes of all claims and all parties and is final and appealable.